UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASCOT UNDERWRITING LIMITED FOR AND ON BEHALF OF SYNDICATE 1414, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00012 |
| JOSEPH REYNOLDS, *et al*, | § § § | |
| Defendants. | § § | |

# **ORDER**

This action was filed January 17, 2018. Dkt. 1. Defendants, Joseph Reynolds and Sheree Reynolds, thereafter filed a petition in the United States Bankruptcy Court for the Southern District of Texas as Case No. 18-80267-H5-13.

A petition filed under 11 U.S.C. § 301, et seq., operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding. *See* 11 U.S.C. § 362(a)(1). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may reinstate this action upon notice to this Court of the discontinuance of the stay pursuant to 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED at Galveston, Texas, this 6th day of December, 2018.

_____
George C. Hanks Jr.
United States District Judge